# In the United States Court of Federal Claims

**No. 06-315C**

**(Filed June 22, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * *
*
**HARRY T. STRANDNESS,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Joint Motion For A Stay Of Proceedings, filed on June 22, 2006, is hereby ALLOWED. This case is STAYED until 14 days after the conclusion of ADR.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**