# In the United States Court of Federal Claims

**No. 06-315C**

**(Filed January 19, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * *
*
**HARRY T. STRANDNESS,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The parties shall file a Joint Status Report indicating the status of the ADR proceedings by Friday, February 2, 2007.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**