# In the United States Court of Federal Claims

**No. 06-315C**

**(Filed February 6, 2007)**

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                                *
HARRY T. STRANDNESS,                            *
                                                *
                Plaintiffs,                     *
                                                *
        v.                                      *
                                                *
THE UNITED STATES,                              *
                                                *
                Defendant.                      *
                                                *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

**ORDER**

Pursuant to the Joint Status Report filed on February 2, 2007, the court will continue the STAY, and the parties shall notify the court within 14 days of the conclusion of the settlement approval process.

IT IS SO ORDERED.

s/Bohdan A. Futey
**BOHDAN A. FUTEY**
**Judge**